# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MVPD | E 1905035 | Cruz | 0119 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/02/2023 9:00 Am
Offense Charged ☐ CFR ☑ USC ☐ State Code: MTA # B-411-0

Place of Offense: Suitland Pkwy Branch Ave

Offense Description: Factual Basis for Charge    HAZMAT ☐

Altered / Fake Tags (Temp)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ferguson | Robert | Ballow |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9633-956378 | VA | 2020 | Dod Dur | | Black |

#### APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

MA

#### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

$30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1905035*

---

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation       ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident